481 A.2d 362

Commonwealth v. Paul, Appellant.
Reargument Denied Sept. 18, 1984.

Argued April 12, 1984.
Carmela R.M. Presogna, Assistant Public Defender, for appellant; Michael R. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

ROWLEY, J., concurred in the result.

479 A.2d 1103

Commonwealth v. Perez, Appellant.

Submitted May 4, 1984. Steven B. Molder, for appellant; Elviria C. Labarre, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Affirmed.